# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Kanisha Monique Latrice Erwin**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00206-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Gaston County Department of Health, et al. | ) ) | |
| | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 16, 2018 Order.

May 16, 2018

Frank G. Johns, Clerk
United States District Court